1008

GREAT AMERICAN INSURANCE COMPANY, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 781547, James W. Mifflin, J., entered June 6, 1975. *Reversed* by unpublished opinion per Williams, C.J., concurred in by Farris and James, JJ.

CHERYL G. CROXTON, *Petitioner*, v. HAZEN & JAEGER FUNERAL HOME, INC., *Respondent*.

Certiorari to review a judgment of the Superior Court for Spokane County, No. 222760, Donald N. Olson, J., entered May 16, 1975. *Remanded* by unpublished per curiam opinion.

*In the Matter of the Marriage of* O. M. ALLISON, JR., *Appellant, and* SARA B. ALLISON, *Respondent*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 13473, Philip H. Faris, J., entered March 15, 1974. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. DONNY ROY HATFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 3606, Felix Rea, J., entered May 3, 1974. *Affirmed* by unpublished per curiam opinion.